**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eddie Jay JUSZCZAK, Defendant—Appellant.**

**No. 08–15073.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed March 24, 2009.

Reese V. Bostwick, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Esq., Tucson, AZ, for Defendant–Appellant.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Federal prisoner Eddie Jay Juszczak appeals from the district court's denial of his 28 U.S.C. § 2255 motion. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Juszczak contends that he received ineffective assistance of counsel when his trial counsel failed to challenge at sentencing the characterization of his prior solicitation offense as a controlled substance offense within the meaning of U.S.S.G. § 4B1.2(b). Because this issue is meritless, counsel's failure to raise the issue does not constitute ineffective assistance of counsel. *See Strickland v. Washington,* 466 U.S. 668, 687–89, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); *see also United States v. Shumate,* 329 F.3d 1026, 1030 (9th Cir.), *amended by* 341 F.3d 852 (9th Cir.2003).

We reject the government's contention that this issue was previously raised on direct appeal. *Cf. United States v. Redd,* 759 F.2d 699, 701 (9th Cir.1985).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).